248

**Noble Morris**
**vs.**
**Builders Iron Foundry** } W. C. A. Pet. No. 203

RESCRIPT

November 26, 1918

TANNER, P. J. This is a petition for compensation for loss of wages by reason of accident, and also for entire disability to the petitioner's right eye.

We allow the petitioner's claim for loss of wages to the amount of $196.09.

Petitioner's claim for entire and irrevocable injury to his right eye is denied.

For petitioner: George F. Troy

For respondent: F. A. Jones

Note—Testimony of experts as to the power of vision left in the injured eye varied from 3% to 7½% normal vision.

---

249

**Giustino De Benedictxs**
**vs.**
**Nelson Lind** } No. 40595

DECISION

November 26, 1918

247, 248, 249

TANNER, P. J. This is an action of trover to recover the value of an automobile truck alleged to have been converted by the defendant.

The plaintiff let the defendant have the truck for the purpose of repairing it and putting in a new motor. This the defendant did and received a portion of the value of his work and materials furnished.

Defendant had pleaded a general issue and also specially that he claimed a lien upon the truck for the full value of the work done and materials furnished, and that no tender of the amount due had been made. This plea was traversed by the plaintiff.

It is clear from the testimony that no legal tender was made of the balance due. The plaintiff, however, contends that the defendant converted the truck by using it for his own purposes after having repaired it. The evidence of use is very meagre. We do not think, however, that a reasonable use of the truck after the plaintiff declined to pay what was due amounts to a conversion.

28th Am. & Eng. Ency. of Law, 2nd ed page 696, Note 3.

Under such circumstances we think the defendant might reasonably use the truck in return for storing and taking care of it.

Decision for the defendant.

For plaintiff: Fitzgerald & Higgins.

For defendant: H. D. Glendinning.